Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IRLANDA FERNANDEZ, individually and on behalf of all other similarly situated current and former employees of DEFENDANT,<br>      Plaintiff,<br><br>vs.<br>MERRY MAIDS L.P., and DOES 1-100, inclusive,<br>      DEFENDANT. | Case No. CV07-07796ABC(JWJx)<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL** |

[PROPOSED] ORDER OF DISMISSAL

Pursuant to the parties' joint Stipulation of Dismissal, the above-entitled action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: June 1, 2011

_____
The Honorable Audrey B. Collins
United States District Court Judge

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543